UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XAVIER GABRIEL MALLETTE,

Plaintiff,

v.

ANDREW TILTON, Sheriff Deputy, King County Sheriff's Office, and JOSHUA SCOGNAMIGLIO, Sheriff Deputy, King County Sheriff's Office,

Defendants.

CASE NO. 2:24-cv-02179-TL

ORDER ON MOTION FOR SERVICE BY U.S. MARSHAL

This matter is before the Court on Plaintiff Xavier Mallette's Motion for Service of Summons and Complaint by the United States Marshals Service. Dkt. Nos. 38 (motion), 43 (praecipe).[1] Plaintiff was granted leave to proceed *in forma pauperis* ("IFP") (Dkt. No. 5), and proper summonses have been issued that provide sufficient information for service to be made (Dkt. No. 37). Because Plaintiff was granted leave to proceed IFP, the Court must grant

[1] On September 22, 2026, the Court denied Plaintiff's original motion, because it had not been properly signed. *See* Dkt. No. 41. That same day, Plaintiff filed a praecipe and provided an appropriate signature. *See* Dkt. No. 43.

Plaintiff's request. *See* 28 U.S.C.§ 1915(d) (authorizing litigants to proceed IFP in federal court and providing that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases"); Fed. R. Civ. P. 4(c)(3) (providing that if a plaintiff is authorized to proceed IFP under 28 U.S.C. § 1915, the court must order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court at the plaintiff's request). However, the Court will appoint the Clerk of Court to make initial service of the waiver of service. Accordingly, the Court hereby ORDERS:

(1) Plaintiff's motion for service of summons by the USMS (Dkt. No. 43) is GRANTED.

(2) The Clerk of the Court is DIRECTED to send the following documents to Defendants Andrew Tilton and Joshua Scognamiglio by first-class mail:

  (a) a copy of the Second Amended Complaint (Dkt. No. 36);

  (b) a copy of the appropriate Summons;

  (c) a copy of this Order;

  (d) a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons;

  (e) two (2) copies of the Waiver of Service of Summons; and

  (f) a return envelope, postage prepaid, addressed to the Clerk's Office.

(3) If waiver of service is not returned by November 16, 2026, the Court will direct the United States Marshal Service to serve Defendants.

Dated this 2nd day of October 2026.

Tana Lin
United States District Judge